CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
JUN 22 2020
JULIA C. DUDLEY, CLERK
BY: [signature]
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ABINGDON**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No.** 1:20CR14 |
| | : | |
| **TRACY LEONARD BROWN** | : | **Violations: 18 U.S.C. §§ 922(g), 924(c)** |
| | : | **21 U.S.C. § 841** |

# INDICTMENT

## COUNT ONE

The Grand Jury charges that:

1. On or about July 3, 2019, in the Western District of Virginia, TRACY LEONARD BROWN knowingly and intentionally possessed with the intent to distribute 500 grams or more of a mixture or substance containing methamphetamine, a Schedule II controlled substance.

2. All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT TWO

The Grand Jury charges that:

1. On or about July 3, 2019, in the Western District of Virginia, TRACY LEONARD BROWN knowingly possessed the following firearms and ammunition:

a) Hi-Point, model C9, 9 mm Pistol;

b) Smith and Wesson, model M&P 40C, .40 caliber Pistol;

c) 13 rounds of Winchester-Western .40 caliber ammunition; and

d) 8 rounds of Winchester-Western 9 mm ammunition;

in and affecting interstate or foreign commerce, after knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, and while knowingly being an unlawful user of a controlled substance.

2. All in violation of Title 18, United States Code, Sections 922(g)(1), 922(g)(3), and 924(a)(2).

## COUNT THREE

The Grand Jury charges that:

1. On or about July 3, 2019, in the Western District of Virginia, TRACY LEONARD BROWN knowingly used and carried during and in relation to, and possessed in furtherance of, a drug trafficking crime for which he may be prosecuted in a court of the United States (possession with the intent to distribute a mixture or substance containing methamphetamine, as set forth in Count One), a firearm.

2. All in violation of Title 18, United States Code, Section 924(c).

## NOTICE OF FORFEITURE

1. Upon conviction of one or more of the felony offenses alleged in this Indictment, the defendant) shall forfeit to the United States:

a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offenses, pursuant to 21 U.S.C. § 853(a)(1).

b. any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said offenses, pursuant to 21 U.S.C. § 853(a)(2).

any firearm used or intended to be used to facilitate the transportation, sale, receipt, possession, or concealment of controlled substances and/or raw materials, as described in 21 U.S.C. § 881(a)(1) and (2), and any proceeds traceable to such property, pursuant to 21 U.S.C. § 881(a)(11) and 28 U.S.C. § 2461(c).

c. any firearms and ammunition involved or used in the commission of said offenses, or possessed in violation thereof, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. The property to be forfeited to the United States includes but is not limited to the following property:

a. **<u>Firearms and Ammunition</u>**

1. Hi-Point Pistol, Model C9, Caliber 9. SN: P1946845;
2. Smith & Wesson Pistol. Model M&P, Caliber 40, SN: DXW1710;
3. 13 Rounds of Winchester, Caliber 40;
4. 8 Rounds of Winchester, Caliber 9.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with a third person;
c. has been placed beyond the jurisdiction of the Court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States to seek forfeiture of any other property of the defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

A TRUE BILL, this 22 day of June, 2020.

/s/Grand Jury Foreperson

THOMAS T. CULLEN
United States Attorney

USAO #2020R00286