## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ABINGDON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | Case No. 1:20CR00014 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **TRACY LEONARD BROWN,** | ) | JUDGE JAMES P. JONES |
| | ) | |
| Defendant. | ) | |

For the reasons stated in the Opinion accompanying this Final Order, it is

**ORDERED** that the United States' Motion to Dismiss, ECF No. 149, is GRANTED

and the Motion pursuant to 28 U.S.C. § 2255, ECF No. 139, is DENIED.  Based

upon the court's finding that the defendant has not made the requisite showing of

denial of a substantial right, it is further **ORDERED** that a certificate of

appealability is DENIED.

ENTER:  July 7, 2023

/s/  JAMES P. JONES
Senior United States District Judge