CLERKS OFFICE US DISTRICT COURT
AT ABINGDON, VA
FILED
September 17, 2025
LAURA A. AUSTIN, CLERK
BY: /s/ Kendra Campbell
     DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | Case No. 1:20CR00014 |
| v. ) | **OPINION AND ORDER** |
| ) | |
| **TRACY LEONARD BROWN,** ) | JUDGE JAMES P. JONES |
| ) | |
| Defendant. ) | |

*Tracy Leonard Brown, Defendant Pro Se.*

The defendant has filed a self-styled Motion for Relief from Final Judgment Under Federal Rule of Civil Procedure 60(b). Brown was convicted by a jury of firearms and drug charges and sentenced by this Court on October 5, 2021, to a total of 248 months' imprisonment. His direct appeal was unsuccessful. *United States v. Brown*, No. 21-4554, 2022 WL 2914730 (4th Cir. July 25, 2022) (unpublished). He then filed a motion attacking the convictions leading to his sentence under 28 U.S.C. § 2255, which was denied on its merits. *United States v. Brown*, No. 1:20CR00014, 2023 WL 4400034 (W.D. Va. July 7, 2023).

Brown's motion must be treated as a successive § 2255 motion and dismissed since it "attacks the federal court's previous resolution of a claim on the merits," and is thus a second or successive § 2255 petition. *Gonzalez v. Crosby*, 545 U.S. 524, 532 (2005); *see United States v. McRae*, 793 F.3d 392, 397 (4th Cir. 2015) ("[A]

Rule 60(b) motion in a habeas proceeding that attacks the substance of the federal court's resolution of a claim on the merits is not a true Rule 60(b) motion, but rather a successive habeas petition.") (internal quotation marks and citation omitted). "Before a second or successive application [under § 2255] is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application." 28 U.S.C. § 2244(b)(3)(A). Brown has not demonstrated that he sought authorization from the court of appeals to file a successive application.

Accordingly, it is **ORDERED** that the Motion for Relief from Final Judgment Under Federal Rule of Civil Procedure 60(b), Dtk. No. 157, and its accompanying Motion to Appoint Counsel, Dtk. No. 158 are DISMISSED without prejudice on the ground that the Court is without subject-matter jurisdiction.

ENTER: September 17, 2025

/s/  JAMES P. JONES
Senior United States District Judge